# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**WILLIAM CALVIN CONKLE,**

        **PLAINTIFF,**

    **V.**

        **CASE NO. 2:14-CV-0180**
        **CHIEF JUDGE EDMUND A. SARGUS**
        **MAGISTRATE JUDGE TERENCE P. KEMP**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

        **DEFENDANT.**

## ORDER

The Plaintiff, William Calvin Conkle, has timely objected to the Report and Recommendation issued by the Magistrate Judge on December 12, 2014. This Court has undertaken a review under 28 U.S.C. § 636(B)(1)(B) and has considered the objections raised by the Plaintiff.

The Court concludes that the well reasoned, thorough Report and Recommendation issued by the Magistrate Judge includes an accurate review of the record, a correct analysis of the applicable law and a recommendation in accord with the law and facts in this case. The Court has also reviewed the specific objections raised by the Plaintiff and finds that all of these issues were addressed by the Magistrate Judge.

Therefore, this Court overrules Plaintiff's objections and **ADOPTS** the Report and Recommendation. It is **ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.

**IT IS SO ORDERED.**

3-10-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE