AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WILLIAM CALVIN CONKLE,**

      **Plaintiff,**

                        **JUDGMENT IN A CIVIL CASE**

    v.

                        **CASE NO.   2:14-CV-0180**

**COMMISSIONER OF**       **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**        **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendant.**

\_\_\_\_\_ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed March 10, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:  March 10, 2015                         RICHARD W. NAGEL, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk